IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO JAMES JOSEPH,          No. 2:13-CV-0879-CMK-P

      Plaintiff,

  vs.                           ORDER

S. HEATLEY, et al.,

      Defendants.

                         /

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion (Doc. 8) for permissive joinder of inmate Miguel Garza as a co-plaintiff to this action.

      In this court's experience, an action brought by multiple inmate plaintiffs proceeding pro se presents procedural problems that cause delay and confusion. Delay often arises from the frequent transfer of inmates to other facilities or institutions, the changes in address that occur when inmates are released to parole, and the difficulties faced by inmates who attempt to communicate with each other and with unincarcerated individuals. Therefore, while Federal Rule of Civil Procedure 20 allows the joinder of additional plaintiffs, Rule 21 permits the court to deny a request such as plaintiff's where joinder would not be appropriate. The court so

1

finds in this case and will deny plaintiff's request.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (Doc. 8) for permissive joinder is denied.

DATED: July 24, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE