IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO JAMES JOSEPH, | No. 2:13-CV-0879-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| S. HEATLEY, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff request (Doc. 10) that the court consider additional exhibits as part of his original complaint. Because the complaint must be complete in itself, see Local Rule 220, plaintiff's request must be denied and plaintiff's newly-submitted exhibits will be disregarded. Plaintiff may, however, file an amended complaint containing all allegations and exhibits in a single pleading, within 30 days of the date of this order. If plaintiff elects not to do so within the time provided, the action will proceed on the original complaint with only those exhibits attached thereto.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request (Doc. 10) is denied;

2. Plaintiff's additional exhibits submitted on March 11, 2015, are disregarded; and

3. Plaintiff may file an amended complaint within 30 days of the date of this order.

DATED: May 21, 2015

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE