IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO JAMES JOSEPH, | No. 2:13-CV-0879-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| S. HEATLEY, et al., | |
| Defendants. | |
| _____ / | |

  Plaintiff, a state prisoner proceeding pro se and in forma pauperis, appeals the court's final judgment entered on September 22, 2016. The matter was referred to the undersigned by the Ninth Circuit Court of Appeals to certify whether the appeal is frivolous or taken in bad faith. <u>See</u> 28 U.S.C. § 1915(a)(3). Having reviewed the entire file, the court concludes that the appeal is <u>not</u> frivolous or taken in bad faith.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. This appeal is <u>not</u> frivolous or taken in bad faith; and

2. The Clerk of the Court is directed to serve a copy of this order on the Pro Se Unit at the Ninth Circuit Court of Appeals.

DATED: December 9, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE